IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re: JOHN R WHITMER ) Case no. 23-10642-13  Electronically Filed
       MARLENA K WHITMER ) Chapter 13
                          Debtor(s) )

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW Carl B. Davis, standing chapter 13 trustee herein, for his objection to confirmation of the proposed plan filed in the referenced case, and states:

1. The Internal Revenue Service filed estimated tax claims and therefore the Trustee is unable to determine whether the debtor is in compliance with 11 U.S.C. §1325(a)(9).

2. The debtor has failed to commence plan payments as required by 11 U.S.C. § 1326(a)(1), which makes the case subject to dismissal. If confirmed, delinquency on the ongoing mortgage payment must be paid as a separate post-petition arrearage claim with late fees and 5% interest pursuant to L.B.R. 3015 (b).2.

3. The plan does not pay the value of property that would be paid if the case were liquidated under Chapter 7. The plan does not comply with 11 U.S.C §1325(a)(4) for the following reasons: Debtors do not propose to pay creditors the equity from the non-exempt real estate located at 12905 W. Red Rock, Wichita, Kansas.

4. The Trustee cannot determine the debtor's disposable income and/or Chapter 7 liquidation until he receives the 2022 state and federal income tax returns. Said returns should be filed and produced immediately.

5. The plan is not feasible and therefore fails to comply with 11 U.S.C. § 1322(a)(1).

6. Because Debtor is self-employed and cannot be on an EPO, the Court should order Debtors to make their plan payments via TFS.

7. The plan does not pay the debtor's disposable income to the plan as required under 11 U.S.C. §1325(b).

8. The Plan cannot be confirmed for all other reasons over which this Court holds jurisdiction.

WHEREFORE the Trustee requests confirmation of the debtor's proposed plan be denied.

                        *s/Carl B. Davis*
                        Carl B. Davis, S. Ct. #13705
                        Standing Chapter 13 Trustee
                        300 W. Douglas Ave., Suite 650
                        Wichita KS 67202-2921
                        cbdsig@kstrustee.com
                        (316) 267-1791

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
In re: John R. Whitmer and Marlena K. Whitmer
Chapter 13 Case No: 23-10642
Trustee's Objection to Confirmation

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Trustee's Objection to Confirmation was sent via CM/ECF to the debtor's attorney, creditors & other parties in interest via the CM/ECF system of the United States Bankruptcy Court for the District of Kansas and/or was mailed by US mail, postage prepaid, on August 15, 2023, properly addressed to each of the following:

JOHN M STUDTMANN
ATTORNEY AT LAW
6235 W KELLOGG
WICHITA, KS 67209

*s/Karin N. Amyx*
Karin N. Amyx, Staff Attorney