IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN R. WHITMER and | ) | Case No. 23-10642 |
| MARLENA K. WHITMER, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |

**OBJECTION TO CONFIRMATION OF PLAN**

COMES NOW Skyward Credit Union ("Skyward"), by and through its attorney, Chasity M. Helm of Klenda Austerman LLC, and for its Objection states:

1. Skyward holds a secured claim in the following collateral:

    2019 Cadillac XT4, VIN# xxxxxxxxxxxxx1707 ("Cadillac")

2. The collateral secures Debtors' balance owed to Skyward on the Cadillac loan ($30,036.76).

3. Debtors' Plan lists the Cadillac loan as a general secured claim, which is proper. However, the Plan lists the value at $26,264.00 and seeks cramdown without any basis to justify the same.

4. Skyward objects to Debtors' Plan and cramdown. Skyward approximates the Cadillac's fair market value at $30,469.00 per Kelley Blue Book which is greater than the balance Debtors owe Skyward on the Cadillac loan.

5. Skyward has not yet had the opportunity to inspect the Cadillac, including the current odometer reading and vehicle condition and respectfully requests that the Debtors make the Cadillac available to Skyward immediately in order to complete the same.

6. Skyward reserves the right to modify its valuation and position related to said claim and this Objection upon completion of a full inspection of the Cadillac.

7. The Plan does not require Debtors to maintain a comprehensive full coverage insurance policy on the Cadillac. If Debtors fail to maintain such full coverage insurance with proper deductible and listing Skyward as loss payee on the Cadillac policy, at any time during the pendency of this case, and after Skyward properly submits its written request to Debtors and Debtors' counsel by US Mail and email, after three (3) business days, Skyward shall be granted stay relief should adequate proof of full coverage insurance not be immediately provided to Skyward.

WHEREFORE Skyward respectfully requests that the Court deny confirmation of Debtors' Plan filed on June 28, 2023, as set forth above, and for such other and further relief as the Court deems just and proper.

Respectfully submitted:

/s/ Chasity M. Helm
Chasity M. Helm, #21605
**KLENDA AUSTERMAN LLC**
301 North Main, Suite 1600 Epic Center
Wichita, KS 67202-4816
(316) 290-4618
chelm@klendalaw.com
*Attorney for Skyward Credit Union*

### CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2023, I electronically filed the foregoing Objection to Confirmation of Plan with the Clerk of the Court by using the CM/ECF system and the same was provided by a notice of electronic filing to the following:

John M. Studtmann
*Attorney for Debtors*

Carl B. Davis
*Chapter 13 Trustee*

/s/ Chasity M. Helm
Chasity M. Helm, #21605