IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| In re: JOHN R WHITMER<br>MARLENA K WHITMER | ) ) ) ) | Case no. 23-10642-13<br>Chapter 13 |

*Electronically Filed*

## TRUSTEE'S MOTION TO DISMISS

COMES NOW the Trustee, Carl B. Davis, and moved for an order dismissing this case for Debtors' default in plan payments and failure to file and produce 2021 and 2022 income tax returns. Through October 20, 2023, Debtors are $5,180 behind. Further, as evidenced by the IRS' proof of claim, Debtors have not filed or produced the 2021 or 2022 income tax returns.

WHEREFORE, the Trustee prays that these proceedings be dismissed pursuant to 11 U.S.C. §1307(c); that a time be set for the Trustee to make final report of receipts and disbursements in these proceedings, and make further that a time and place be set for the examination and confirmation of such report.

*s/Carl B. Davis*
Carl B. Davis, S. Ct. #13705
Standing Chapter 13 Trustee
300 W. Douglas Ave., Suite 650
Wichita KS 67202-2921
cbdsig@kstrustee.com
(316) 267-1791

## NOTICE OF HEARING ON TRUSTEE'S MOTION TO DISMISS

YOU ARE HEREBY NOTIFIED that a hearing on the Trustee's Motion to Dismiss will be held before the United States Bankruptcy Court, at **401 N. Market, Room 150, Wichita, KS 67202** on **December 07, 2023** at **01:30 PM** or as soon as the Court may reach the case.

*s/Carl B. Davis*
Carl B. Davis, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion to Dismiss was served, either electronically via the CM/ECF system of the United States Bankruptcy Court for the District of Kansas and/or was mailed by US Mail, postage prepaid, on October 26, 2023, properly addressed to each of the following:

JOHN R WHITMER
MARLENA K WHITMER
12905 W RED ROCK
WICHITA, KS 67235

JOHN M STUDTMANN
ATTORNEY AT LAW
6235 W KELLOGG
WICHITA, KS 67209

*s/Carl B. Davis*
Carl B. Davis, Trustee

MTD-PAY-PRECONF.DOC/DOC GEN/KNA/10/26/2023