U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
11/9/2023  02:30 PM
Hon. Mitchell L. Herren, Presiding

---

Case Information:
    23-10642 John R Whitmer and Marlena K Whitmer   Chapter: 13

Judge: MLH   Filed: 06/28/2023   Pln Confirmed:

---

Appearances:
X    John M. Studtmann   representing  John R Whitmer  (Debtor)
X    John M. Studtmann   representing  Marlena K Whitmer  (Joint Debtor)
X    Carl B. Davis  (Trustee) – In Person
X    Chasity Helm representing Skyward Credit Union (Creditor)

---

Issue(s):
    [9]  Chapter 13 Plan  Filed by Debtor John R Whitmer, Joint Debtor Marlena K Whitmer.

---

Notes/Decision:

Continue to 12/7/23 @ 2:30 p.m. by agreement to resolve issues.

---

13

Courtroom Deputy: Misse Swiggart
ECRO Reporter:  Deborah Davis