**STUDTMANN LAW OFFICE**
6235 West Kellogg Drive
Wichita, Kansas 67209
Tel: (316) 942-8400
Fax: (316) 942-8498

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In Re:<br><br>**JOHN R WHITMER**<br>**MARLENA K WHITMER**<br><div align="right">**Debtors.**</div> | **Case No. 23-10642**<br>**Chapter 13** |

## DEBTOR'S OBJECTION TO PROOF OF CLAIM FILED BY
## INTERNAL REVENUE SERVICE

COME NOW the Debtors, by and through their attorney, John M. Studtmann, of Studtmann Law Office, and states as follows:

1.    Debtors filed for Chapter 13 Bankruptcy relief on June 28, 2023.

2.    Debtors acknowledge the debt owed to the Internal Revenue Service for past due taxes.

3.    Creditor, Internal Revenue Service, filed Proof of Claim #2-1 on July 26, 2023.

4.    Debtor objects to the Proof of Claim for the following reason:

    a.  Creditor, Internal Revenue Service, filed an estimated claim for the tax years of 2021 and 2022.

    b.  Debtors have filed their taxes for both 2021 and 2022.

Wherefore, Debtors pray that their objection to proof of claim be granted and for other such relief as this court deems just.

/s/ John M. Studtmann
John M. Studtmann, SC #17370
The Law Offices of Michael J. Studtmann, P.A.
6235 West Kellogg Drive
Wichita, KS 67209
316-942-8400 (phone)
316-942-8498 (fax)
john@studtmannlaw.com
Attorney for Debtors

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Debtor's Objection to Proof of Claim filed by Internal Revenue Service was electronically filed with the Clerk of the Bankruptcy Court on January 16, 2024, and the Clerk will electronically notify the following:

Carl B. Davis, Standing Chapter 13 Trustee

United States Trustee

I further certify that a true and correct copy of the foregoing was mailed, postage pre-paid, by the US Postal Service to the following:

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346


Dated January 16, 2024.


  /s/ John M. Studtmann
John M. Studtmann