STUDTMANN LAW OFFICE
6235 West Kellogg Drive
Wichita, Kansas 67209
Tel: (316) 942-8400
Fax: (316) 942-8498

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

In Re:

    John R. Whitmer                  Case No. 23-10642

    Marlene K. Whitmer            Chapter 13

                    Debtors.

### NOTICE OF WITHDRAW OF DOCUMENT NUMBER FORTY-FIVE (45) AND FORTY-SIX (46)

COMES NOW, John M. Studtmann, of Studtmann Law Office and hereby gives notice that he withdraws documents numbered forty-five (45) Objection to Claim Number 2 filed by Internal Revenue Service and document number forty-six (46) the corresponding Notice of Objection Deadline, filed with this Court on January 16, 2024.

Dated this 31st day of January 2024.

Respectfully Submitted,

*/s/ John M. Studtmann*
John M. Studtmann, #17370
Studtmann Law Office
6235 W. Kellogg
Wichita, Kansas 67209

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Withdrawal of Document Number forty-five (45) and forty-six (46) was noticed electronically via CM/ECF on the 31st day of January, 2024, to the following:

Carl B. Davis
Chapter 13 Trustee

United States Trustee

Dated January 31, 2024.

/s/ John M. Studtmann
John M. Studtmann, #17370
Studtmann Law Office
6235 W. Kellogg
Wichita, Kansas 67209