# Carl B. Davis, Standing Chapter 13 Trustee
## INTERIM STATEMENT AS OF 06/20/2024

| | | | |
|---|---|---|---|
| CASE NO: 23-10642-13 | DATE FILED: 06/28/2023 | CONFIRMED: 03/27/2024 | |
| WHITMER, JOHN R | WHITMER, MARLENA K | ATTORNEY: JOHN M STUDTMANN | 3,434.00 MONTHLY |
| 12905 W RED ROCK | 12905 W RED ROCK | ATTORNEY AT LAW | |
| WICHITA, KS 67235 | WICHITA, KS 67235 | 6235 W KELLOGG | |
| | | WICHITA, KS 67209 | |

Employer:                                    Joint Debtor Employer:

## PAYMENTS/ABATEMENTS

| Due Dates | Amount | |
|---|---|---|
| 08/28/2023 to 03/28/2024 | 0.00 | Monthly Payment Debtor |
| 03/28/2024 to 03/28/2024 | 18,130.00 | One-time Payment Debtor |
| 04/28/2024 to 00/0000 | 3,434.00 | Monthly Payment Debtor |

TOTAL PAYMENTS DUE: 28,432.00
AMOUNT BEHIND: 2,532.00

## PAYMENTS RECEIVED IN PAST 12 MONTHS

| Date | Source | Number | Amount |
|---|---|---|---|
| 06/20/24 | TFS Nationwide | | 2,590.00 |
| 05/15/24 | TFS Nationwide | | 2,590.00 |
| 04/15/24 | TFS Nationwide | | 2,590.00 |
| 03/11/24 | TFS Nationwide | | 2,590.00 |
| 02/07/24 | TFS Nationwide | | 2,590.00 |
| 01/09/24 | TFS Nationwide | | 2,590.00 |
| 12/14/23 | TFS Nationwide | | 2,590.00 |
| 12/07/23 | TFS Nationwide | | 2,590.00 |
| 11/07/23 | TFS Nationwide | | 2,590.00 |
| 08/17/23 | TFS Nationwide | | 2,590.00 |

TOTAL PAYMENTS RECEIVED: 25,900.00

CASE TYPE:       BASE: 196,698.00

ESTIMATED AMOUNT NEEDED TO COMPLETE BASE:    170,798.00
ESTIMATED NUMBER OF MONTHS REMAINING: (50 LEFT)

## CLAIMS FILED

| CLAIM NO | CREDITOR NAME / CLAIM REMARK | DISB CODE | CLASS / PAY% | INT. RATE / INT. BEGIN | FIX PAY ARREARS | LAST DISB | CLAIM AMT TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|
| 001 | OCCIDENTIAL MANAGEMENT | PRO | UNS 100.0000 | | 0.00 / 0.00 | | 81,511.37 / 81,511.37 | 0.00 / 0.00 | 81,511.37 / 0.00 |
| 001EA1 | OCCIDENTAL MANAGEMENT / EOA | PRO | UNS 100.0000 | | 0.00 / 0.00 | | 0.00 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 |
| 002 | INTERNAL REVENUE SERVICE / 16-18 INCOME TAX PENAL | PRO | UNS 100.0000 | | 0.00 / 0.00 | | 29,020.70 / 29,020.70 | 0.00 / 0.00 | 29,020.70 / 0.00 |
| 002 | INTERNAL REVENUE SERVICE / 2019 INCOME TAX | PRO | PRI 100.0000 | | 0.00 / 0.00 | | 28,138.32 / 28,138.32 | 0.00 / 0.00 | 28,138.32 / 0.00 |
| 003 | AMERICAN EXPRESS NATIONAL BANK | PRO | UNS 100.0000 | | 0.00 / 0.00 | | 4,404.05 / 4,404.05 | 0.00 / 0.00 | 4,404.05 / 0.00 |
| 004 | SKYWARD CREDIT UNION | PRO | UNS 100.0000 | | 0.00 / 0.00 | | 423.69 / 423.69 | 0.00 / 0.00 | 423.69 / 0.00 |
| 004 | SKYWARD CREDIT UNION / BALANCE UNSECURED | PRO | SEC 100.0000 | 9.7500 / 06/28/2023 | 0.00 / 0.00 | 06/2024 | 29,300.00 / 29,300.00 | 902.92 / 2,871.36 | 28,397.08 / 230.73 |
| 005 | BANK OF AMERICA | PRO | UNS 100.0000 | | 0.00 / 0.00 | | 5,238.22 / 5,238.22 | 0.00 / 0.00 | 5,238.22 / 0.00 |
| 006 | KNOPP LAW GROUP | PRO | UNS 100.0000 | | 0.00 / 0.00 | | 2,855.00 / 2,855.00 | 0.00 / 0.00 | 2,855.00 / 0.00 |
| 007 | SYNCHRONY BANK / PPC | PRO | UNS 100.0000 | | 0.00 / 0.00 | | 94.38 / 94.38 | 0.00 / 0.00 | 94.38 / 0.00 |
| 008 | SADINO FUNDING / LENDING POINT | PRO | UNS 100.0000 | | 0.00 / 0.00 | | 13,119.32 / 13,119.32 | 0.00 / 0.00 | 13,119.32 / 0.00 |
| 009 | SKYWARD CREDIT UNION / ONGOING RE PAYMENT | FIX | SEC 100.0000 | | 1,600.24 / 0.00 | 06/2024 | Continuing / Continuing | 17,602.64 / 0.00 | 1,600.24 / 0.00 |
| 009A | SKYWARD CREDIT UNION / PRE PET RE ARREARS | PRO | SEC 100.0000 | | 0.00 / 0.00 | 06/2024 | 14,736.80 / 14,736.80 | 1,750.56 / 0.00 | 12,986.24 / 0.00 |
| 009B | SKYWARD CREDIT UNION / RE GAP ARREARS | PRO | SEC 100.0000 | 5.0000 / 06/28/2023 | 0.00 / 0.00 | 06/2024 | 3,298.24 / 3,298.24 | 244.21 / 164.72 | 3,054.03 / 12.73 |
| 010 | KANSAS DEPARTMENT OF REVENUE / PENALTIES | PRO | UNS 100.0000 | | 0.00 / 0.00 | | 19.74 / 19.74 | 0.00 / 0.00 | 19.74 / 0.00 |
| 010 | KANSAS DEPARTMENT OF REVENUE / 22 INCOME TAX       LATE CLM | PRO | PRI 100.0000 | | 0.00 / 0.00 | | 603.87 / 603.87 | 0.00 / 0.00 | 603.87 / 0.00 |
| 011 | KANSAS DEPARTMENT OF REVENUE / AMENDED TO ZERO | PRO | UNS 100.0000 | | 0.00 / 0.00 | | 0.00 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 |
| 011 | KANSAS DEPARTMENT OF REVENUE | PRO | PRI 100.0000 | | 0.00 / 0.00 | | 46.00 / 46.00 | 0.00 / 0.00 | 46.00 / 0.00 |
| 777 | DEBTOR | PRO-I | REF 100.0000 | | 0.00 / 0.00 | | Continuing / Continuing | 0.00 | Closed |
| 799 | JOHN M STUDTMANN / ATTORNEY OF RECORD | PRO | ATY 100.0000 | | 0.00 / 0.00 | 06/2024 | 2,000.00 / 2,000.00 | 237.59 / 0.00 | 1,762.41 / 0.00 |
| 799C | JOHN M STUDTMANN / CLOSING FEE | PRO-A | ATY 100.0000 | | 0.00 / 0.00 | | 350.00 / 350.00 | 0.00 / 0.00 | 350.00 / 0.00 |

Carl B. Davis, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 06/20/2024

CASE NO: 23-10642-13    DATE FILED: 06/28/2023    CONFIRMED: 03/27/2024
WHITMER, JOHN R    WHITMER, MARLENA K    ATTORNEY: JOHN M STUDTMANN    3,434.00 MONTHLY

## CLAIMS FILED

| CLAIM NO | CREDITOR NAME / CLAIM REMARK | DISB CODE | CLASS PAY% | INT. RATE INT. BEGIN | FIX PAY ARREARS | LAST DISB | CLAIM AMT TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|
| 899 | DEBTOR REFUND NOT RETURNING TTE FEES | PRO-I | REF 100.0000 | | 0.00 0.00 | | | 0.00 | Closed |
| F1 | CLERK OF THE BANKRUPTCY COURT | PRO | SPC 100.0000 | | 0.00 0.00 | 09/2023 | 313.00 313.00 | 313.00 0.00 | 0.00 0.00 |
| | Trustee Administrative Fees | | | | | | 1,813.00 | 1,813.00 | |
| | | | | TOTALS: | 1,600.24 0.00 | | 217,285.70 217,285.70 | 22,863.92 3,036.08 | 213,624.66 243.46 |

## DISTRIBUTION SUMMARY TO DATE

| | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| AMT TO BE PAID: | 313.00 | 2,350.00 | 28,788.19 | 47,335.04 | 136,686.47 | 0.00 | | |
| PAID BY TRUSTEE: | 313.00 | 237.59 | 0.00 | 2,897.69 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 2,112.41 | 28,788.19 | 44,437.35 | 136,686.47 | 0.00 | DUE CREDITORS: | 213,868.12 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 243.46 | 0.00 | 0.00 | EXPECTED ADMIN: | 16,097.60 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 1,600.24 | 0.00 | 0.00 | LESS AVAILABLE: | 0.00 |
| BALANCE DUE: | 0.00 | 2,112.41 | 28,788.19 | 46,281.05 | 136,686.47 | 0.00 | APPROX BALANCE: | 229,965.72 |