IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

*Electronically Filed*

In re: JOHN R WHITMER ) Case no. 23-10642-13
MARLENA K WHITMER ) Chapter 13
Debtor(s). )

**TRUSTEE'S 1ST MOTION TO DISMISS FOR FAILURE TO MAKE PAYMENTS
IN A CASE WITH ONGOING MORTGAGE PAYMENTS**

COMES NOW the Trustee, Carl B. Davis, and states that there has been a material default by the Debtor with respect to the terms of the confirmed plan in that the payments required by said plan have not been made. As of the date of preparation of this motion, the case is $5,966.00 in arrears over the life of the plan, with the last plan payment having been received on June 20, 2024. Pursuant to LBR 3015(b).2, ongoing mortgage payments are being made through the plan and due to the delinquency, the plan may no longer be feasible.

WHEREFORE, the Trustee prays that these proceedings be dismissed pursuant to 11 U.S.C. §1307(c)(6); that a time be set for the Trustee to make final report of receipts and disbursements in these proceedings, and further that a time and place be set for the examination and confirmation of such report.

*s/Carl B. Davis*
Carl B. Davis, S. Ct. #13705
Standing Chapter 13 Trustee
300 W. Douglas Ave., Suite 650
Wichita KS 67202-2921
cbdsig@kstrustee.com
(316) 267-1791

**NOTICE OF HEARING WITH RESPONSE DEADLINE**

NOTICE is hereby given that unless a written response to the above stated motion is filed with the Clerk of the U.S. Bankruptcy Court at 401 N. Market, Room 167, Wichita, KS 67202 and served upon the Trustee on or before, by **August 14, 2024** said motion will be sustained without hearing or further notice to the debtor.

If a written response is timely filed with the Clerk of the U.S. Bankruptcy Court, a hearing will be held before the UNITED STATES BANKRUPTCY COURT, 401 N. Market, Room 150, Wichita, KS 67202 on **September 12, 2024, at 01:30 PM.**

Hearing will not be held on this motion unless a response is timely filed with the clerk of the bankruptcy court.

*s/Carl B. Davis*
Carl B. Davis, Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Motion to Dismiss was served, either electronically via the CM/ECF system of the United States Bankruptcy Court for the District of Kansas and/or was mailed by US Mail, postage prepaid, on July 24, 2024 properly addressed to each of the following:

JOHN R WHITMER
MARLENA K WHITMER
12905 W RED ROCK
WICHITA, KS 67235

JOHN M STUDTMANN
ATTORNEY AT LAW
6235 W KELLOGG
WICHITA, KS 67209

*s/Carl B. Davis*
Carl B. Davis, Trustee