**LAW OFFICE OF MICHAEL J. STUDTMANN**
6235 West Kellogg Drive
Wichita, Kansas 67209
Tel: (316) 942-8400
Fax: (316) 942-8498

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **In Re:** | |
| **JOHN R WHITMER** | **Case No. 23-10642** |
| **MARLENA K WHITMER** | **Chapter 13** |
| **Debtors.** | |

### OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COME(S) NOW the Debtors, by and through their attorney, John M. Studtmann, and objects to the Trustee's Motion to Dismiss for the following reasons:

1.  Debtors are amending their 2019 tax return which should reduce the amount they owe to the IRS.

2.  Debtors will file a Motion to Modify the Chapter 13 plan to reflect the corrected amount due to the IRS.

3.  Once the plan is amended and the plan payment is lowered, the debtors will have the means to be able to make the Chapter 13 plan payments.

**WHEREFORE,** Debtor prays for an Order denying the Motion to Dismiss submitted by the Trustee.

 /s/ John M. Studtmann
John M. Studtmann, #17370
6235 West Kellogg Drive
Wichita, Kansas 67209
Tel: (316) 942-8400
Fax: (316) 942-8498
Email: kendra@studtmannlaw.com
Attorney for Debtors

### CERTIFICATE OF SERVICE

I, John M. Studtmann, hereby certify that on the day of electronic filing, a copy of the above Objection was noticed electronically via CM/ECF to the following parties:

Carl B. Davis                           United States Trustee
Standing Chapter 13 Trustee             301 N. Main, Suite 500
                                        Wichita, KS 67202

 /s/ John M.Studtmann
John M. Studtmann, #17370
Attorney for Debtor