**SO ORDERED.**

**SIGNED this 4th day of June, 2025.**



_____
Mitchell L. Herren
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

|  |  |  |  |
|---|---|---|---|
| In re: | JOHN R WHITMER | ) | Case no.  23-10642-13 |
|  | MARLENA K WHITMER | ) | Chapter  13 |
|  | Debtor(s) | ) |  |

*Electronically Filed*

### ORDER DISMISSING PROCEEDINGS

NOW, on May 15, 2025, this case is before the Court on the Trustee's Motion to Dismiss for Failure to Make Payments. Notice has been duly given as required by the Federal Rules of Bankruptcy Procedure.

The Court finds there has been a material default by the Debtor(s) with respect to one or more terms of the confirmed plan. At the hearing, the Court ordered Debtors to make a full plan payment of $2,590 on or before May 31, 2025 or their case would be automatically dismissed. The Debtors have not made the payment as ordered. Debtors' last payment was made on April 15, 2025.

IT IS THEREFORE ORDERED that this case, now under Chapter 13 of the Bankruptcy Code, be and it is hereby dismissed; the Trustee is directed to distribute the funds of the estate on hand pursuant to the Order of Confirmation heretofore entered; the Trustee is directed to complete the administration of the case and file, and give notice of, a final report; the Court retains jurisdiction to consider and act upon the final report of the Trustee and to enter such orders as may be necessary to effect a final closing of this case.

IT IS SO ORDERED.

**# # #**

Submitted:

*s/Carl B. Davis*
Carl B. Davis, S. Ct. #13705
Standing Chapter 13 Trustee
300 W. Douglas Ave., Suite 650
Wichita KS 67202-2921
cbdsig@kstrustee.com
(316) 267-1791

ODIS/DOC GEN/KNT/6/4/2025