IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

*Electronically Filed*

In re: JOHN R WHITMER ) Case no. 23-10642-13
MARLENA K WHITMER ) Chapter 13
Debtor(s) )

**TRUSTEE'S OBJECTION TO DEBTORS' MOTION TO SET ASIDE ORDER DISMISSING PROCEEDINGS**

COMES NOW Carl B. Davis, standing chapter 13 trustee herein, for his objection to Debtors' Motion To Set Aside Order Dismissing Proceedings filed in the referenced case, and states:

1. The Trustee dismissed this case pursuant to the Court's drop-dead order issued at the May 15, 2025 status conference when no payment was received by May 31, 2025. The Trustee avers Debtors initiation of a payment through TFS on May 30, 2025 that was not received until June 6, 2025 did not comply with the Court's order.

2. Despite the Court's direction at that same hearing, Debtors have still not produced their 2024 profit and loss statements or 2024 state and federal individual and corporate tax returns.

3. Debtors case should not be reinstated until they produce the profit and loss statements and the 2024 tax returns and when it is reinstated, it should be reinstated with a rolling drop-dead order that will allow for automatic dismissal if Debtors do not make timely, full plan payments every 30 days.

WHEREFORE the Trustee requests Debtors' Motion To Set Aside Order Dismissing Proceedings be denied.

*s/Carl B. Davis*
Carl B. Davis, S. Ct. #13705
Standing Chapter 13 Trustee
300 W. Douglas Ave., Suite 650
Wichita KS 67202-2921
cbdsig@kstrustee.com
(316) 267-1791

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Objection to Debtors' Motion To Set Aside Order Dismissing Proceedings was sent via CM/ECF to the debtor's attorney, creditors & other parties in interest via the CM/ECF system of the United States Bankruptcy Court for the District of Kansas and/or was mailed by US Mail, postage prepaid, on July 8, 2025, properly addressed to each of the following:

JOHN M STUDTMANN
ATTORNEY AT LAW
6235 W KELLOGG
WICHITA, KS 67209

*s/Karin N. Tollefson*
Karin N. Tollefson, Staff Attorney

OBJ-MTN/DOC GEN/KNT/7/8/2025