U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
9/24/2025
Hon. Mitchell L. Herren, Presiding

10:30 AM

Case Information:
    23-10642 John R Whitmer and Marlena K Whitmer   Chapter: 13

Judge: MLH    Filed: 06/28/2023     Pln Confirmed: 03/27/2024

Appearances:
X     John M. Studtmann   representing  John R Whitmer  (Debtor)
X     John M. Studtmann   representing  Marlena K Whitmer  (Joint Debtor)
X     Karin Tollefson  representing  Carl B. Davis  (Trustee)

Issue(s):
    [91] Motion for To Set Aside Order Dismissing Proceedings Filed on behalf of Debtor John R Whitmer, Joint Debtor Marlena K Whitmer, with Certificate of Service.

Notes/Decision:
    Motion is denied.