**SO ORDERED.**

**SIGNED this 26th day of September, 2025.**



_____ Mitchell L. Herren
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| In re: | JOHN R WHITMER<br>MARLENA K WHITMER | ) <br> ) <br> ) <br> ) | Case no.  23-10642-13<br><br>Chapter  13 |
| | Debtor(s) | ) | |

*Electronically Filed*

### ORDER SUSTAINING TRUSTEE'S OBJECTION AND DENYING DEBTORS' MOTION TO SET ASIDE ORDER DISMISSING PROCEEDINGS

**NOW, on September 24, 2025**, this case came before the Court on the Debtors' Motion to Set Aside Order Dismissing Proceedings. Notice has been given as required by the Federal Rules of Bankruptcy Procedure. The Trustee appears in person or by counsel, and the Debtor(s) appear by counsel, John M. Studtmann.

The Court finds the Debtors have failed to comply with its order of August 14, 2025 requiring production of year-to-date profit and loss statements by September 15, 2025.

THEREFORE, the Court finds the Trustee's Objection is granted and the Motion to Set Aside Order Dismissing Proceedings is denied.

**IT IS SO ORDERED.**

# # #

Submitted:

*s/Carl B. Davis*
Carl B. Davis, S. Ct. #13705
Standing Chapter 13 Trustee
300 W. Douglas Ave., Suite 650
Wichita KS 67202-2921
cbdsig@kstrustee.com
(316) 267-1791