**SO ORDERED.**

**SIGNED this 26th day of September, 2025.**



_Mitchell L. Herren_
Mitchell L. Herren
United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | ) | | | *Electronically Filed* |
|---|---|---|---|---|---|
| In re: | JOHN R WHITMER | ) | Case no. | 23-10642-13 | |
| | MARLENA K WHITMER | ) | | | |
| | | ) | Chapter | 13 | |
| | Debtor(s) | ) | | | |

**ORDER SUSTAINING TRUSTEE'S OBJECTION AND DENYING DEBTORS'
MOTION TO SET ASIDE ORDER DISMISSING PROCEEDINGS**

     **NOW, on September 24, 2025**, this case came before the Court on the Debtors' Motion to Set Aside Order Dismissing Proceedings. Notice has been given as required by the Federal Rules of Bankruptcy Procedure. The Trustee appears in person or by counsel, and the Debtor(s) appear by counsel, John M. Studtmann.

     The Court finds the Debtors have failed to comply with its order of August 14, 2025 requiring production of year-to-date profit and loss statements by September 15, 2025.

     THEREFORE, the Court finds the Trustee's Objection is granted and the Motion to Set Aside Order Dismissing Proceedings is denied.

     **IT IS SO ORDERED.**

### ###

Submitted:

_s/Carl B. Davis_
Carl B. Davis, S. Ct. #13705
Standing Chapter 13 Trustee
300 W. Douglas Ave., Suite 650
Wichita KS 67202-2921
cbdsig@kstrustee.com
(316) 267-1791

In re:                                       Case No. 23-10642-MLH

John R Whitmer                        Chapter 13

Marlena K Whitmer

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 1083-6 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 26, 2025 | Form ID: pdf020 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 9883477 | | Grene Vision Group, PO Box 26343, Dept 1045, Oklahoma City, OK 73126-0343 |
| 9883482 | + | Knopp Law Group, 310 W Central Ave, Ste 203, Wichita, KS 67202-1004 |
| 9905993 | | Knopp Law Group P.A., 310 W Central Ave, Suite 203, Wichita, KS 67202-1004 |
| 9883485 | + | Linda Susan Tarpley, 6811 Shawnee Mission Parkway, Ste 309, Shawnee Mission, KS 66202-4088 |
| 9883487 | + | Members Mortgage Service, 200 E 1st Ave, Hutchinson, KS 67501-7110 |
| 9889506 | + | Occidental Management Inc, as agent for BelPointe LLC, Landlord, 165 S Rock Island Suite 300, Wichita KS 67202-4712 |
| 9883488 | + | Occidental Management, 165 S Rock Island, Ste 300, Wichita, KS 67202-4712 |
| 9883489 | + | PayPal Business Loans, 4000 Chemical Rd, Suite 500, Plymouth Meeting, PA 19462-1713 |
| 9883491 | + | Skyward Credit Union, PO Box 771069, Wichita, KS 67277-1069 |
| 9883492 | + | Skyward Credit Union, 4 Cessna Blvd, Wichita, KS 67215-1423 |
| 9899620 | | Skyward Credit Union, Klenda Austerman LLC, Chasity M. Helm, 301 N Main, 1600 Epic Center, Wichita, KS 67202 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: edropsellthingsfast@gmail.com | Sep 26 2025 20:21:00 | John R Whitmer, 12905 W Red Rock, Wichita, KS 67235-8603 |
| jdb | + | Email/PDF: edropsellthingsfast@gmail.com | Sep 26 2025 20:21:00 | Marlena K Whitmer, 12905 W Red Rock, Wichita, KS 67235-8603 |
| 9883472 | | Email/Text: ACS-Bknotice@Amazon.com | Sep 26 2025 20:21:00 | Amazon Lending, 410 Tery Ave N, Seattle, WA 98109-5210 |
| 9898431 | | Email/PDF: bncnotices@becket-lee.com | Sep 26 2025 20:24:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 9883473 | + | Email/PDF: bncnotices@becket-lee.com | Sep 26 2025 20:23:22 | Amex, P O Box 297871, Fort Lauderdale, FL 33329-7871 |
| 9883474 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 26 2025 20:21:00 | Apple Card/Gs Bank Usa, Lockbox 6112 Po Box 7247, Philadelphia, PA 19170-0001 |
| 9883476 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 26 2025 20:21:00 | Bk Of Amer, P O Box 982236, El Paso, TX 79998 |
| 9883475 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 26 2025 20:21:00 | Bank Of America, 400 Christiana Road, Newark, DE 19702-3208 |
| 9902257 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 26 2025 20:21:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 9883478 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 26 2025 20:21:00 | Gs Bankusa, Lockbox 6112 Po Box 7247, Philadelphia, PA 19170-0001 |
| 9883479 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 26 2025 20:21:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9883480 | | Email/Text: KDOR_KSBANKRUPTCY@KS.GOV | | |

| | | | |
|---|---|---|---|
| | | Sep 26 2025 20:22:00 | Kansas Department of Revenue, Civil Tax Enforcement, PO Box 12005, Topeka, KS 66612-2005 |
| 9883481 | Email/Text: KDOR_KSBANKRUPTCY@KS.GOV | | |
| | | Sep 26 2025 20:22:00 | Kansas Department of Revenue, Attn CTE Bankruptcy Unit, PO Box 12005, Topeka, KS 66612-2005 |
| 9883483 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Sep 26 2025 20:23:17 | Kohls Cap1, Po Box 3115, Milwaukee, WI 53201-3115 |
| 9883486 | Email/Text: logsecf@logs.com | | |
| | | Sep 26 2025 20:21:00 | LOGS Legal Group LLP, 10130 Perimeter Parkway, Suite 400, Charlotte, NC 28216 |
| 9883484 | ^ MEBN | | |
| | | Sep 26 2025 20:17:29 | Lending Point, PO Box 88599, Milwaukee, WI 53288-8599 |
| 9909299 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Sep 26 2025 20:21:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 9883490 | + Email/Text: Bankruptcy.Consumer@dish.com | | |
| | | Sep 26 2025 20:21:00 | Receivables Performance Management LLC, 20818 44th Ave Suite 140, Lynnwood, WA 98036-7709 |
| 9883491 | + Email/Text: bankruptcynotices@sba.gov | | |
| | | Sep 26 2025 20:21:00 | SBA, 220 W Douglas Ave, Ste 450, Wichita, KS 67202-3137 |
| 9883494 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Sep 26 2025 20:23:12 | Syncb/Ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 9908552 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Sep 26 2025 20:23:11 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2025        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carl B. Davis | |
| | on behalf of Trustee Carl B. Davis ecf@kstrustee.com |
| Carl B. Davis | |
| | ecf@kstrustee.com |

Chasity M. Helm
     on behalf of Creditor Skyward Credit Union chelm@klendalaw.com  pearles@klendalaw.com

Eric W Lomas
     on behalf of Creditor Skyward Credit Union elomas@klendalaw.com
     clathrom@klendalaw.com;KlendaAustermanLLC@jubileebk.net

John M. Studtmann
     on behalf of Debtor John R Whitmer john@freshsls.com  Studtmann.JohnB146664@notify.bestcase.com;info@freshsls.com

John M. Studtmann
     on behalf of Joint Debtor Marlena K Whitmer john@freshsls.com
     Studtmann.JohnB146664@notify.bestcase.com;info@freshsls.com

Thomas J. Lasater
     on behalf of Creditor Occidental Management Inc as agent for BelPointe LLC landlord tlasater@fleeson.com  ecf@fleeson.com

U.S. Trustee
     ustpregion20.wi.ecf@usdoj.gov


TOTAL: 8